(November 23, 1959)

■ JOHN CHURCH et al., Respondents, v. TOWN OF ISLIP et al., Appellants.— Motion by respondents for a certificate pursuant to section 593 of the Civil Practice Act that a constitutional question is directly involved denied. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased.

■ LOUIS DI CARLO et al., Appellants, v. SHIRLEY GUTTMAN, Respondent, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased. Motion for reargument denied, with $10 costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of the Dissolution of CEDAR GROVE HOMES, INC. NICK DE MARTINI, Appellant; JOHN CAPPO et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta and Kleinfeld, JJ. Murphy, J., deceased.

■ In the Matter of MANUEL W. LEVINE, Petitioner, against NICHOLAS M. PETTE, Individually and as a Justice of the Supreme Court of the State of New York, et al., Respondents.— Proceeding dismissed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock and Ughetta, JJ. Murphy, J., deceased.

■ In the Matter of JOHN M. MURTAGH, as Chief City Magistrate of the City of New York, Petitioner, against ANTHONY E. MAGLIO, as City Magistrate, Respondent.— The issues are referred to Honorable JOHN MACCRATE, as Referee, to take the proofs and to report thereon to the court with his recommendations. Present — Nolan, P. J., Wenzel, Beldock and Kleinfeld, JJ. Murphy, J., deceased.

■ In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Temporary Administrator of the Estate of HYMAN MEERBAUM, Deceased. In the Matter of the Intermediate Accounting of TILLIE R. MEERBAUM et al., as Administrators of the Estate of HYMAN MEERBAUM, Deceased. JOSEF MEERBAUM, Appellant; ROTHSTEIN & KORZENIK, Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., Beldock, Hallinan and Kleinfeld, JJ. Murphy, J., deceased. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ In the Matter of KINGSVIEW HOMES, INC., Petitioner, against NICHOLAS M. PETTE et al., Individually and as Justices of the Supreme Court of the State of New York Constituting the Appellate Term of the Supreme Court, Second Judicial Department, et al., Respondents.— Petition by a landlord for an order to restrain (1) the vacating and canceling of three warrants issued by the Municipal Court of the City of New York, Borough of Brooklyn, First District, and (2) the amending of an order dated June 29, 1959 so as to provide that the issuance of warrants be stayed for five days after service of a copy of the order thereon, with notice of entry. An order dated August 10, 1959 vacating the warrants and amending the order dated June 29, 1959 was made on the court's own motion on its denial of a motion by the tenants for a stay. The order dated June 29, 1959 was made after the expiration of a stay of the issuance of the warrants and was an order affirming the final orders and judgments of the Municipal Court granting possession to the landlord in